**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRADLEY. GMELICH & WELLERSTEIN LLP,

Plaintiff,

v.

JAMES A. KAY, JR.,

Defendant.

Case No. 2:25-cv-10471-AB-DFM

**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**

Judge: Hon. André Birotte Jr

The Court, having considered the Joint Stipulation re Dismissal with Prejudice filed by Plaintiff and Counter-Defendant Bradley, Gmelich & Wellerstein LLP and Defendant and Counter-Claimant James A. Kay, Jr. (the "Parties"), and good cause appearing, hereby ORDERS as follows:

1. This action is DISMISSED WITH PREJUDICE in its entirety, including all claims asserted in the Complaint and all claims asserted in the Counterclaim.

2. Each Party shall bear their own attorneys' fees and costs.

3. The Court retains jurisdiction to enforce the terms of the Parties' settlement agreement.

IT IS SO ORDERED.

Dated: October 6, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE